Rose M. Capasso, an Infant, by Anna Capasso, Her Guardian ad Litem, et al., Appellants, v. Rose Tobacco et al., Respondents.— Order denying plaintiffs' motion to restore case to the ready day calendar reversed on the law and the facts, with ten dollars costs and disbursements, and the motion granted, without costs. The defendants' showing was insufficient to warrant the placing or retention of this case on the Military Suspense Calendar. Close, P. J., Carswell, Adel, Lewis and Aldrich, JJ., concur.

Mary Cardi, as Administratrix of the Estate of Philip Cardi, Deceased, Appellant, v. Wilhelmina Wahl et al., Respondents.— Plaintiff's intestate, a pedestrian, while crossing the street, was struck by an automobile owned by defendant Wilhelmina Wahl and operated by defendant William Wahl, •and suffered injuries which resulted in his death. Plaintiff obtained a verdict for $5,835, which included $835 for hospital and funeral expenses. Plaintiff's motion to set aside the verdict on the ground of inadequacy was denied. Judgment was entered for $6,454.99. Plaintiff appeals, contending the verdict was inadequate. Decedent, who was thirty-four years old and left him surviving a widow thirty-three years old and a son ten years old, was employed as a supervisor in a laundry, and his earnings were fifty dollars a week. Judgment reversed on the facts and a new trial granted, with costs to plaintiff to abide the event, unless within twenty days from the entry of the order hereon defendants stipulate to increase the verdict to the sum of $12,000, in which event the judgment, as so increased, is unanimously affirmed, without costs. In our opinion the verdict for $5,835 was inadequate. Hagarty, Acting P. J., Carswell, Johnston, Adel and Lewis, JJ., concur.

Elvira Apartments, Inc., Respondent, v. Bernard Rabin, Appellant.— In an action under a written lease to recover rent and legal expenses, order of the County Court, Westchester County, affirming a judgment of the City Court of New Rochelle, unanimously affirmed, with costs. No opinion. Present — Close, P. J., Carswell, Johnston, Lewis and Aldrich, JJ.

Ida Fox et al., Appellants, v. Isidor Hindus, Respondent.— Action by plaintiff wife to recover damages for burns sustained in the bathroom of an apartment house in which she was a tenant. Companion action by plaintiff husband for expenses and loss of services. Judgment for the defendant reversed on the law and the facts and a new trial granted, with costs to abide the event. The manner of submission to the jury was of so confusing a character as to preclude fair consideration by the jury of the plaintiffs' contentions. The interests of justice require that there be a new trial. Close, P. J., Carswell, Johnston, Lewis and Aldrich, JJ., concur.